U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Poulos, Inc., an Illinois corporation<br>Plaintiff,<br>v.<br>Hartford Fire Insurance Company, a Connecticut corporation<br>Defendant. | **FILED: JUNE 12, 2008<br>08CV3396<br>JUDGE SHADUR<br>MAGISTRATE JUDGE COX<br>AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Poulos, Inc.

| NAME (Type or print) |
|---|
| Robert J. Harris |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert J. Harris |

| FIRM |
|---|
| Stein Ray & Harris LLP |

| STREET ADDRESS |
|---|
| 222 W. Adams Street, Suite 1800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06199126 | 312/641-3700 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐