*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV3396    Assigned/Issued By: AEE

Judge Name: SHADUR    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP        ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                          _____
☐ Wage-Deduction Garnishment Summons   _____
                                          *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                       ☐ Other
☐ Writ _____              _____
    *(Type of Writ)*                      _____
                                          *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                *(Date)*

_____

_____