## United States District Court for the Northern District of Illinois

Case Number: 08cv3396                     Assigned/Issued By: j. n.

Judge Name:                               Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP        ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____           Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                  ☑ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__1__ Original and __0__ copies on _7-3-08_____ as to _HARTFORD FIRE INSURANCE_
                                      (Date)
_COMPANY_____

C:\wpwin80\docket\feeinfo.frm     03/14/05