Φ AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

POULOS, INC.

Vs.

HARTFORD FIRE INSURANCE CO.

**APPEARANCE**

Case Number: 08C 3396

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Hartford Fire Insurance Co.

I certify that I am admitted to practice in this court.

July 22, 2008
Date

/s/ John E. Sebastian
Signature

John E. Sebastian
Print Name

6230240
Bar Number

Hinshaw & Culbertson LLP
222 North LaSalle, Suite 300
Address

Chicago
City

IL
State

60601
Zip Code

312-704-3000
Phone Number

312-704-3001
Fax Number

American LegalNet, Inc.
www.FormsWorkflow.com