IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POULOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 CV 3396 |
| v. ) | |
| ) | Judge: Shadur |
| HARTFORD FIRE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT, on this 22nd day of July, 2008, we caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, the attached Appearances of John E. Sebastian, Frank Marsico, and Albert L. Chollet, III, true and exact copies of which are herewith attached.

**Safeco Insurance Company**

By: /s/ John E. Sebastian
One of its Attorneys

John E. Sebastian, ARDC #: 6230240
Hinshaw & Culbertson, LLP
222 North LaSalle, Suite 300
Chicago, Illinois 60601
312-704-3000

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record.

By: s/s John E. Sebastian