IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

POULOS, INC., an Illinois corporation, )
)
    Plaintiff, )
) Case No.: 08cv3396
v. )
) District Judge: Shadur
HARTFORD FIRE INSURANCE COMPANY, ) Magistrate Judge: Cox
a Connecticut corporation, )
)
    Defendant. )

### HARTFORD FIRE INSURANCE COMPANY'S MOTION FOR ENLARGEMENT TO FILE A RESPONSIVE PLEADING

COMES NOW Defendant Hartford Fire Insurance Company ("Hartford"), by and through their attorneys John E. Sebastian and Albert L. Chollet, III, of Hinshaw & Culbertson LLP, pursuant to the Federal Rules of Civil Procedure moves for an enlargement of time to file a responsive pleading to Poulos, Inc.'s ("Plaintiff") Complaint, and states as follows:

Defendant, Hartford Fire Insurance Company ("Hartford"), by its attorneys, John E. Sebastian and Albert L. Chollet, pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests that this Court grant it a short extension to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff filed its complaint on June 12, 2008 (Dkt., 1).

2. Hartford recently retained counsel and needs additional time to prepare its responsive pleading to Plaintiff's Complaint.

3. Hartford has not previously requested an extension and this request is made in good faith and not for improper purposes of delay. Prior to filing this motion, Hartford's counsel sought the concurrence of Plaintiff's counsel. Plaintiff's counsel do not object to this request.

6344823v1 026

WHEREFORE, Defendant, Hartford Fire Insurance Company respectfully requests that this Court grant it until July 31, 2008 to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

HARTFORD FIRE INSURANCE COMPANY

By: s/John E. Sebastian
One of Its Attorneys

John E. Sebastian, ARDC Number 6230240
Albert L. Chollet III, ARDC Number 6292557
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
jsebastian@hinshawlaw.com
achollet@hinshawlaw.com

6344823v1 026