IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POULOS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08 CV 3396 |
| v. ) | |
| ) | Judge: Milton I. Shadur |
| HARTFORD FIRE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 30, 2008, at 9:15 a.m., or as soon thereafter as this Motion may be heard, in the Northern District of Illinois for the Eastern District of Illinois, we shall appear before the Honorable Milton I. Shadur and then and there present **Hartford Insurance Company's Motion for Enlargement of Time**, a copy of which is hereby served upon you.

John E. Sebastian　　　　　　　　　　　　　/s/ John E. Sebastian
Albert L. Chollet, III
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
Firm No. 90384

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

**Robert Jay Harris**
Stein, Ray & Harris
222 West Adams Street
Suite 1800
Chicago, IL 60606

Dated: July 28, 2008

　　　　　　　　　　　　　　　　　　　　**Hartford Insurance Company**

　　　　　　　　　　　　　　　　　　　　By: /S/ JOHN E. SEBASTIAN

6344893v1 884162