**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Poulos, Inc.

                                  Plaintiff,

v.                                                       Case No.: 1:08−cv−03396

                                                                Honorable Milton I. Shadur

Hartford Fire Insurance Company

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 7/31/2008. Status hearing set for 8/22/2008 at 09:00 AM.)Enter Memorandum Opinion and Order. In summary, all of the current responsive pleading is stricken, with leave granted to file its replacement on or before August 18, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.